**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-6963**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JOHN SAMUEL LEIGH, a/k/a J.D., a/k/a J.R.,

Defendant - Appellant.

---

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.  Gina M. Groh, District Judge.  (3:00-cr-00057-GMG-RWT-25)

---

Submitted:  April 18, 2024                    Decided:  April 19, 2024

---

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

John Samuel Leigh, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Samuel Leigh appeals the district court's paperless order denying his 18 U.S.C. § 3582(c)(2) motion for a sentence reduction.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *United States v. Leigh*, No. 3:00-cr-00057-GMG-RWT-25 (N.D.W. Va. June 24, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*